May Term, 1860.

McDANIEL
v.
WEAVER.

---

## McDANIEL v. WEAVER.

APPEAL from the *Benton* Court of Common Pleas. PERKINS, J.—Suit to enforce a mechanic's lien, &c.

Wednesday, June 13.

The complaint contained two paragraphs—

1. That plaintiff furnished the materials to a contractor; that the proprietor was owing the contractor, and that notice of lien was filed, &c.

2. An original promise to pay for the materials in consideration they should be furnished to the contractor.

Trial on the general denial. The evidence is not of record. There was a general judgment for the value of the materials simply, but not ordered to be specifically enforced.

This judgment might be right on the second paragraph.

*Per Curiam.*—The judgment is affirmed with 1 per cent. damages and costs.

*J. Benedict*, for the appellant.

*J. F. Parker*, for the appellee.